**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

December 12, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Kooun Ok Yoon et al<br><br>　　　　Defendant(s). | CV 17-06103 SJO (JPRx)<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　WHEREAS Plaintiff was ordered to show cause in writing by not later than November 27, 2017, why this action should not be dismissed for lack of prosecution

　　WHEREAS this period has elapsed without any action by plaintiff.

　　The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: December 12, 2017.

　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE